# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| RICHLAND HOLDINGS INC. *doing business* as Acctcorp of Southern Nevada, | |
| Plaintiff, | 2:19-cv-00634-KJD-VCF |
| vs. | **ORDER** |
| MARLO A. DARBY, | |
| Defendant. | |

Before the court is *pro se* defendant Marlo A. Darby's Motion to File Documents Electronically (ECF No. 3).

Accordingly,

IT IS ORDERED Marlo A. Darby's Motion to File Documents Electronically (ECF No. 3) is GRANTED with the following provisions:

1.     On or before May 22, 2019, Mr. Darby must provide certification that he has completed the CM/ECF tutorial and is familiar with Part IC- Electronic Case Filing of the Local Rules that is accessible on this Court's website.

2.     Mr. Darby is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

DATED this 22nd day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE